779 A.2d 490

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Gregory Philip KENDALL, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 10, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 10th day of August 2001, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether there is a conflict between the holding in the instant case and this court's holding in *Commonwealth v. Scavello,* 557 Pa. 429, 734 A.2d 386 (1999).